# AFFIDAVIT IN SUPPORT OF
# MOTION TO AMEND CONDITIONS OF RELEASE

I, Rudolph Findley Miller, do hereby depose and state as follows:

1. I am Counsel to defendant Anthony Lima;

2. I have represented Defendant Lima from the inception of this case;

3. I am aware of the terms and conditions of his pre-trial release;

4. Upon information and belief, Defendant Lima is in full compliance with all terms and conditions which have been established by the Magistrate Judge in the District of Massachusetts;

5. Upon information and belief, Defendant Lima has been unable to adequately perform his work duties due to the curfew restrictions.

Signed under the pains and penalties of perjury,

/s/ Rudolph Findley Miller, Esq.
Rudolph Findley Miller, Esq.